AO 243 (Rev. 09/17)

# Motion to Vacate, Set Aside, or Correct a Sentence By a Person in Federal Custody

### (Motion Under 28 U.S.C. § 2255)

## Instructions

1. To use this form, you must be a person who is serving a sentence under a judgment against you in a federal court. You are asking for relief from the conviction or the sentence. This form is your motion for relief.

2. You must file the form in the United States district court that entered the judgment that you are challenging. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file the motion in the federal court that entered that judgment.

3. Make sure the form is typed or neatly written.

4. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5. Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit any legal arguments, you must submit them in a separate memorandum. Be aware that any such memorandum may be subject to page limits set forth in the local rules of the court where you file this motion.

6. If you cannot pay for the costs of this motion (such as costs for an attorney or transcripts), you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out the last page of this form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you.

7. In this motion, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different judge or division (either in the same district or in a different district), you must file a separate motion.

8. When you have completed the form, send the original and ____ copies to the Clerk of the United States District Court at this address:
   
   Clerk, United States District Court for
   Address
   City, State  Zip Code

   If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

9. **CAUTION: You must include in this motion all the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this motion, you may be barred from presenting additional grounds at a later date.**

10. **CAPITAL CASES: If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.**

AO 243 (Rev. 09/17)

# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District MIDDLE DISTRICT FLORIDA |
|---|---|
| Name *(under which you were convicted):* LORENZO R JOHNSON | Docket or Case No.: 8:20-CR-57-T-33AEP |
| Place of Confinement: FCI EL RENO | Prisoner No.: 73661-018 |
| UNITED STATES OF AMERICA     v. | Movant *(include name under which convicted)* LORENZO R JOHNSON |

**MOTION**  8:25-CV-2145 VMC-AEP

1. (a) Name and location of court which entered the judgment of conviction you are challenging:
   MIDDLE DISTRICT FLORIDA

   (b) Criminal docket or case number (if you know): Case No: 8:20-CR-57-T-33AEP

2. (a) Date of the judgment of conviction (if you know): 10-08-2021
   (b) Date of sentencing: 10-08-2021

3. Length of sentence: 70 Months

4. Nature of crime (all counts): UNLAWFUL TRANSPORT OF FIREARMS, ETC. (1)

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐   (2) Guilty ☒   (3) Nolo contendere (no contest) ☐

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☒

Page 2 of 13

AO 243 (Rev. 09/17)

8. Did you appeal from the judgment of conviction?   Yes ☐   No ☑

9. If you did appeal, answer the following:
   (a) Name of court: ~~_____~~
   (b) Docket or case number (if you know): ~~_____~~
   (c) Result: ~~_____~~
   (d) Date of result (if you know): ~~_____~~
   (e) Citation to the case (if you know): ~~_____~~
   (f) Grounds raised:

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☑
   If "Yes," answer the following:
   (1) Docket or case number (if you know): _____
   (2) Result: _____
   (3) Date of result (if you know): _____
   (4) Citation to the case (if you know): _____
   (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☑   No ☐

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: **MIDDLE DISTRICT OF FLORIDA**
        (2) Docket or case number (if you know): **I DONT KNOW**
        (3) Date of filing (if you know): **I DONT KNOW**

    (4) Nature of the proceeding: _____
    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐    No ☑
    (7) Result: _____
    (8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:
    (1) Name of court:
    (2) Docket of case number (if you know):
    (3) Date of filing (if you know):
    (4) Nature of the proceeding:
    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐    No ☑
    (7) Result: _____
    (8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
    (1) First petition:    Yes ☐    No ☑
    (2) Second petition:    Yes ☐    No ☑

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

**I DID NOT THINK I HAD TO. AT THIS TIME**

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** INEFFECTIVE ASSISTANCE OF COUNSEL By Mr. Anderson Howard

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

COUNSEL WAS INEFFCTIVE IN BRINGING UP MATTERS ORALLY IN COURT PERTAINING TO TIME CREDIT NEGOIATIONS BETWEEN PROSECUTION AND I, ALSO DEFENSE COUNSEL FAILED TO INSERT TIME CREDIT CLAUSE INTO PLEA AGREEMENT AS HE PROMISED HE WOULD. I HAVE 731 DAYS OF 854 days THAT SHOULD BE CREDITED TO ME WILD setting IN PINELLAS County Jail.

(b) **Direct Appeal of Ground One:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐   No ☑
  (2) If you did not raise this issue in your direct appeal, explain why:

  BECAUSE I NEVER PUT IN A DIRECT APPEAL. Counsel was Ineffective

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☑   No ☐
  (2) If you answer to Question (c)(1) is "Yes," state:
  Type of motion or petition: Motion requesting time Credit Clarification
  Name and location of the court where the motion or petition was filed:
  MIDDLE DISTRICT OF Florida
  Docket or case number (if you know): I DONT HAVE IT AT THIS TIME.
  Date of the court's decision: 7/30/2025
  Result (attach a copy of the court's opinion or order, if available):

  (3) Did you receive a hearing on your motion, petition, or application?
      Yes ☐   No ☑

AO 243 (Rev. 09/17)

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐   No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
    Yes ☐   No ☑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: I WAS UNAWARE THIS ISSUE EXISTED

**GROUND TWO:** My guilty plea was entered because the agreement WAS PETITITONER will be getting ALL JAIL Credit and nothing was said on record

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):




(b) **Direct Appeal of Ground Two:**
    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes ☐   No ☑

(2) If you did not raise this issue in your direct appeal, explain why:
Ineffective Assistance of Counsel.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ✓    No ☐

(2) If you answer to Question (c)(1) is "Yes," state:
Type of motion or petition: Motion REQUESting Time Credit Clarification
Name and location of the court where the motion or petition was filed:
MIDDLE DISTRICT of FLorida

Docket or case number (if you know):
Date of the court's decision:
Result (attach a copy of the court's opinion or order, if available):


(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐    No ✓

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐    No ✓

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed:

Docket or case number (if you know):
Date of the court's decision:
Result (attach a copy of the court's opinion or order, if available):


(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

AO 243 (Rev. 09/17)

**GROUND THREE:** _____

    (a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

    (b) **Direct Appeal of Ground Three:**
        (1) If you appealed from the judgment of conviction, did you raise this issue?
            Yes ☐    No ☐
        (2) If you did not raise this issue in your direct appeal, explain why:

    (c) **Post-Conviction Proceedings:**
        (1) Did you raise this issue in any post-conviction motion, petition, or application?
            Yes ☐    No ☐
        (2) If you answer to Question (c)(1) is "Yes," state:
Type of motion or petition: _____
Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available):

        (3) Did you receive a hearing on your motion, petition, or application?
            Yes ☐    No ☐
        (4) Did you appeal from the denial of your motion, petition, or application?
            Yes ☐    No ☐
        (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
            Yes ☐    No ☐

AO 243 (Rev. 09/17)

    (6)  If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available):

    (7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:** _____

    (a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

  (b)  **Direct Appeal of Ground Four:**

    (1)  If you appealed from the judgment of conviction, did you raise this issue?
        Yes ☐    No ☐

    (2)  If you did not raise this issue in your direct appeal, explain why:

  (c)  **Post-Conviction Proceedings:**

    (1)  Did you raise this issue in any post-conviction motion, petition, or application?
        Yes ☐    No ☐

    (2)  If you answer to Question (c)(1) is "Yes," state:

AO 243 (Rev. 09/17)

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?
   Yes ☐    No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
   Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
   Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: No

AO 243 (Rev. 09/17)

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?   Yes ☑   No ☐

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. MIDDLE DISTRICT OF FLorida I AM Currently Awaiting A Response From (THE court you sent it) Regarding motion REQUESTing Time Credit Clarification that I mailed out on 7-7-25 AT this time I don't have any pertinent infromation.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging: MR. ANDERSON, HOWARD
    (a) At the preliminary hearing: Federal Public Defender's office
    400 N Tampa St Ste 2700
    Tampa, FL 33602-4726

    (b) At the arraignment and plea: MR. ANDERSON, HOWARD

    (c) At the trial:

    (d) At sentencing: MR. ANDERSON, HOWARD

    (e) On appeal:

    (f) In any post-conviction proceeding: MR. ANDERSON, HOWARD

    (g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☐   No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐   No ☑
    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

    (b) Give the date the other sentence was imposed: ____
    (c) Give the length of the other sentence: ____
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☐

18. **TIMELINESS OF MOTION:** If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

My REASON FOR THE DELAY IN FILING My 2255 Motion IS DUE TO My INCARCERATION BEGINING IN STATE CUSTODY WHERE IT WAS SAID My SENTENCES WERE RUNNING Current AND My UNDERSTANDING THAT My FEDERAL TIME WAS ROLLING AS WELL. SINCE ARRINING TO FEDERAL CUSTODY IT WAS BROUGHT TO My ATTENTION BY My CASE MANAGER THAT I DID NOT RECIEVE CREDIT FOR TIME SPENT IN FEDERAL HOLD OVERS AND my INABILITY TO HAVE ACCESS TO my LEGAL DOCUMENT WHILE IN STATE OR FEDERAL CUSTODY I WASS unable TO CURE THIS DISCREPENCY SO THIS IS my ONLY AVENUE TO SEEK TO CORRECT THIS DEFICIENCY.

DATE OF INITIAL ARREST: 9-21-2019
DATE OF FEDERAL SENTENCEING: 10-7-2021
DATE OF STATE SENTENCEING: 1-21-2022
DATE OF TRANSFER FROM STATE TO FEDERAL: 9-23-2024
DATE OF TRANSFER FROM FEDERAL TO STATE: 3-29-2022
DATE RANGE you are REQUESTING TIME CREDITS: 2-11-2020 TO 3-29-2022

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
  A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
  (1) the date on which the judgment of conviction became final;
  (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
  (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
  (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:

_____

or any other relief to which movant may be entitled.




_____
Signature of Attorney (if any)



I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____ .
(month, date, year)


Executed (signed) on  **8-5-2025**  (date)


*Larenzo Johnson*
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

Page 3 of 4 (Circuit Plea Form) Defendant: Johnson, L.   Case Number(s): 19-11567 CF, 18-15889 CF

17. I understand that if the Judge permits me to remain at liberty pending sentencing, I must notify my lawyer, my bondsman or ROR officer, and the Court of any change of address.

18. I understand that sentencing is scheduled for: _____, 20____ at _____ AM / PM.

**Presentence Investigation**

19. I understand that if I am being sentenced for my first felony offense, or as a Habitual Felony Offender, a Habitual Violent Felony Offender, Or Three-time Violent Felony Offender, I am entitled to a Presentence Investigation (PSI). I further understand that if I am a juvenile being prosecuted as an adult, I have the right to have the Court consider a Predisposition Report prepared by juvenile authorities, which would assist the Court in deciding if adult or juvenile sanctions should be imposed upon me. I hereby waive my right to a Pre-Sentence Investigation or Predisposition Report so that I may proceed directly to sentencing.

**Credit for Time Served in County Jail**

20. I understand that pursuant to this negotiated plea agreement, I will receive credit for time incarcerated in a county facility before the imposition of the sentence as outlined in this section. I also understand that I am waiving any entitlement to jail credit in the above-styled case(s) other than what is explicitly agreed to below as part of this negotiated plea agreement.

| Case Number(s)* | Jail Credit |
|---|---|
| 19-11567 CF | 854 |
| 18-15889 CF | 854 |

*Include all case numbers to which this plea applies.

**Restitution**

21. I agree to restitution in the amount indicated in the attached Restitution Addendum incorporated as page 4 of 4. If the amount of restitution is not decided at this time, I understand that I will have 30 days from the date written notification of the preliminary amount of restitution is mailed to me, or otherwise delivered to me, to deliver to the Court a written request for a hearing contesting the preliminary amount of restitution. **Failure to deliver a written request for a restitution hearing within the 30 day time period specified herein will result in the preliminary amount of restitution being established as the final amount of restitution.**

( ) A restitution hearing has been scheduled for _____, 20____ at _____ AM / PM.

( ) I hereby waive my right to be present at the restitution hearing.

**Costs and Fines**

22. If I am to be placed on probation or community control, I will pay the cost of supervision as ordered by this Court commencing with the first day of probation or community control.

23. My attorney has reviewed with me all statutory costs being assessed by the Court. My attorney has further advised me that I have a right to have the amount of each discretionary cost individually announced in open court. I hereby waive my right to such individual announcement and agree to pay all fines and costs, including the fines and costs checked on the attached sheets. The total fines and costs are _____Waived_____.

LJ
Def. Initial